[No. 10197–1–II. Division Two. April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
KINMAN WAYNE MACFAYDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00057–0, David E. Foscue, J., entered July 21, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 7708–0–III. Division Three. April 28, 1987.]

*In the Matter of* ROBERT SHANKS.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Appellant*, v. FRED LINKER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 85–7–00163–7, Howard Hettinger, J., entered February 12, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 17604–8–I. Division One. April 29, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
RAYMOND O. WOOD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–1–00327–1, Gerald L. Knight, J., entered December 5, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Grosse, JJ.